## SUPREME COURT.

### JAMES H. DAVIS agt. O. GLEAN and others.

Section 308 of the Code embraces equitable as well as legal actions, wherever the action is for the recovery of money, or for the recovery of real or personal property, and a trial has been had. Accordingly, where the referee reported in an action partly legal and partly equitable, a specific sum due the plaintiff, an extra allowance was granted.

*Schenectady Special Term, Jan.*, 1856.

THIS action was tried by a referee, who decided that the plaintiff was entitled to recover $961.02, and his costs.

The plaintiff moved for an extra allowance under the 308th section of the Code. The relief demanded was both legal and equitable. It was objected that § 308 did not apply to an equitable action.

H. W. MERRILL, *for plaintiff*.
A. BOCKES, *for defendants*.

PAIGE, Justice. Section 308 of the Code is not confined to actions for the enforcement of legal remedies. It embraces

equitable as well as legal actions, wherever the action is for the recovery of money, or of real or personal property, and a trial has been had, and the case is a difficult or extraordinary one, an extra allowance may be made to the successful party, whether the action be legal or equitable, or partly legal and partly equitable.

Under all the circumstances of this case, I shall make to the plaintiff an extra allowance of $73.